UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VONAGE HOLDINGS CORPORATION,

       Plaintiff,

  -against-

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION, and WILLIAM M. FLYNN,
LEONARD A. WEISS, THOMAS J. DUNLEAVY,
and NEAL N. GALVIN in their official capacities
as the Commissioners of the New York State
Public Service Commission and not as individuals,

       Defendants.
------------------------------------------------------------X

04 Civ. No. 4306 (JGK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/04

IT IS HEREBY ORDERED THAT upon the letter application dated June 8, 2004, the Affirmation of Yun G. Lee dated June 8, 2004, the Affidavit of Michael C. Sloan, Esq., sworn to on June 2, 2004 and the exhibit thereto, the Affidavit of Ky E. Booth Kirby, Esq., sworn to on June 3, 2004 and the exhibits thereto, Ky E. Kirby, Esq. and Michael C. Sloan, Esq. of the D.C. office of the law firm Swidler Berlin Shereff Friedman, LLP, The Washington Harbour, 3000 K Street, N.W., Suite 300, Washington, D.C. 20007, are admitted *pro hac vice* in the above-captioned matter to represent plaintiff before this Court.

Dated: June 8, 2004
   New York, New York

            _____
            United States District Judge

576730v1