

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598
WWW.SWIDLAW.COM

YUN G. LEE
ASSOCIATE
TELEPHONE: (212) 891-9407
FACSIMILE: (212) 891-9441
YGLEE@SWIDLAW.COM

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, DC 20007-5116
TELEPHONE: (202) 424-7500
FACSIMILE: (202) 424-7647

June 8, 2004

**By Hand**

Honorable John G. Koeltl
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

*[handwritten: Application to file a brief of 44 pages is granted. So ordered. J. Koeltl 6/[?] 6/8/04 USDJ]*

Re: Vonage Holdings Corp. v. The New York State Public Service Commission, et al., 04 Civ. 4306 (JGK)

Dear Judge Koeltl:

We represent plaintiff Vonage Holdings Corporation ("Vonage") in the above-referenced action. This action was filed yesterday on June 7, 2004, along with Vonage's Motion by Order To Show Cause for Preliminary and Permanent Injunctive Relief. Enclosed herewith is a courtesy copy of the (1) Verified Complaint; and (2) the Rule 7.1 Statement filed on June 7, 2004.

Your Honor's Individual Rule 2(C) provides that a memorandum of law in support of a motion is limited to 25 pages unless permission has been granted. As already mentioned, Vonage's Memorandum of Law In Support of Its Motion For Preliminary and Permanent Injunctive Relief ("Vonage's Memorandum") was filed yesterday before the case was assigned to Your Honor, and it is 44 pages long. While we are aware that the Memorandum exceeds the page limit, we respectfully seek the Court's permission to maintain Vonage's 44-page Memorandum as filed for the reason that this Memorandum is a full briefing on the merits of this action, addressing complex technological and legal issues along with a lengthy discussion of the underlying regulatory history and scheme. Accordingly, we respectfully seek the Court's permission of an extension in page limit from 25 to 44 pages for Vonage's Memorandum.

577188v1

Honorable John G. Koeltl
June 8, 2004
Page 2

      We also respectfully request that Ky E. Kirby, Esq. and Michael C. Sloan, Esq. of the D.C. office of the law firm of Swidler Berlin Shereff Friedman, LLP be admitted *pro hac vice* in the above-referenced action. Pursuant to Local Rule 1.3, we enclose a copy of the respective affidavits of Ms. Kirby and Mr. Sloan and the exhibits thereto, and the affirmation of Yun G. Lee in support of the instant *pro hac vice* application. Also enclosed are two copies of a proposed order.

                                         Respectfully submitted,

                                         Yun G. Lee

Enclosures
cc (By Federal Express and by email):
      The New York State Public Service Commission, c/o Dawn Ryman, Esq.

577188v1