United States District Court
Southern District of New York

_____

Vonage Holdings Corporation,

                          Plaintiff,

   -against-

The New York State Public Service Commission,
et al.,

                          Defendants.

AFFIDAVIT OF SERVICE
Case No. 04 CV 4306
Judge Koeltl

_____

State of New York   )
                         : ss.:
County of Albany   )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State. That on June 10, 2004 at approximately 3:00 p.m. at the New York State Public Service Commission located at Three Empire State Plaza, 20th Floor, Albany, New York 12223, deponent served an Order to Show Cause, Declaration of Yun G. Lee with Exhibits, Memorandum of Law in Support of Plaintiff Vonage Holdings Corporation's Motion for Preliminary and Permanent Injunctive Relief, Civil Cover Sheet, Summons in a Civil Case and Complaint, Statement of Plaintiff Vonage Holdings Corp. Pursuant to Rule 7.1 Federal Rules of Civil Procedure, and Individual Practices of Judge John G. Koeltl in the above matter upon The New York State Public Service Commission by delivering to and leaving with Jaclyn A. Brilling, a white female with brown hair, approximately 36-50 years of age; height of 5'4"-5'8"; weight of 131-160 lbs., being Secretary to the Commission, a true copy thereof.

Deponent further says that she knew the said Jaclyn A. Brilling to be Secretary to the Commission at the New York State Public Service Commission who stated she was authorized to accept said service at the time of making such service.

                                                               _____
                                                                Mary M. Bonville

Sworn to before me this
10th day of June 2004

_____
Ruth A. Dennehey
Notary Public - State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2006