AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Vontage Holdings Corporation

v.

The New York State Public Service

APPEARANCE

Case Number: 04-CV-4306

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jonathan D. Feinberg, Esq.
Senior Litigation Counsel
Public Service Commission
State of New York
Three Empire State Plaza
Albany, NY  12223-1350

I certify that I am admitted to practice in this court.

June 18, 2004
Date

Signature

Jonathan D. Feinberg — JF2416
Print Name — Bar Number

Three Empire State Plaza
Address

Albany, NY  12223
City   State   Zip Code

(518) 474-5597   (518) 473-7081
Phone Number   Fax Number