UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
VONAGE HOLDINGS CORPORATION,

Plaintiff,

- against -

THE NEW YORK STATE PUBLIC SERVICE COMMISSION, et al.,

Defendants.
---------------------------------------x

04 Civ. 4306(DFE)

MEMORANDUM AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/21/04

DOUGLAS F. EATON, United States Magistrate Judge.

On June 7, 2004, plaintiff filed its complaint in this action. On June 18, Judge Koeltl held a conference with the attorneys and approved an agreed-upon briefing schedule. With the consent of all parties, he signed the consent form and referred the case to me for all purposes, pursuant to 28 U.S.C. § 636(c). Please note that my initials now replace his after the docket number.

On June 21, I held a telephone conference with the attorneys and reiterated the briefing schedule, namely:

a. On or before June 10, plaintiff served the defendants with copies of (1) the Memorandum of Law in support of plaintiff's motion for injunctive relief, and (2) the Declaration of Yun G. Lee with exhibits. (I hereby direct the Clerk to accept those two documents by electronic case filing. Plaintiff sought to bring this motion by means of a proposed order to show cause. I decline to sign that order; instead, I am issuing this Memorandum and Order.)

b. By June 25, 2004, the defendants must serve their opposing papers and file them electronically.

c. By June 28, 2004, plaintiff must serve any reply papers and file them electronically.

d. All parties will provide me with two courtesy paper copies and a diskette of their briefs and affidavits (in WordPerfect format, if possible) within one business day.

I will hold oral argument on June 30, 2004 at 10:00 a.m. in Courtroom 18A at 500 Pearl Street. Plaintiff will have John Rego in the Courtroom to answer any possible questions. The

defendants will also have a knowledgeable person in the Courtroom to answer any possible questions.

DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated: New York, New York
June 21, 2004

Copies of this Memorandum and Order were sent on this date by electronic case filing to:

Ky E. Kirby, Esq.
William B. Wilhelm, Esq.
Michael C. Sloan, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

Yun G. Lee, Esq.
Swidler Berlin Shereff Friedman, LLP
The Chrysler Building
405 Lexington Ave., 11th Floor
New York, NY 10174

Jonathan D. Feinberg, Esq.
Office of General Counsel
New York State Department of Public Service
3 Empire State Plaza
Albany, NY 12223-1350