USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VONAGE HOLDINGS CORP.,

        Plaintiff,

- against -

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION,

        Defendant.

---

04 Civ. 4306 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Public Service Commission's responsive papers to the Order to Show Cause shall be submitted by **June 25, 2004**. The plaintiff's reply papers shall be submitted by **June 28, 2004**. Upon the consent of the parties, the case is referred to Magistrate Judge Eaton for all purposes.

SO ORDERED.

Dated:    New York, New York
          June 18, 2004

                                      John G. Koeltl
                                      United States District Judge