UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - :

Vonage Holdings Corp.

Plaintiff(s)

- against -                          :     CONSENT TO PROCEED BEFORE
                                           UNITED STATES MAGISTRATE JUDGE
The New York State Public
Service Commission, et al.           :     04 civ. 4306 (JGK) (DFE)

Defendant(s)                         :

- - - - - - - - - - - - - - - - - - :

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 29 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____          _____
Attorney(s) for Plaintiff(s)             Attorney(s) for Defendant(s)
Address 3000 K Street, N.W.              Address 3 Empire State Plaza
Telephone Washington, D.C.               Telephone Albany, N.Y. 12223-1350
         20007
         (202) 424-7795                           (518) 474-5597

_____          _____
Attorney(s) for _____          Attorney(s) for _____
Address                                  Address
Telephone                                Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

_____
              6/18/04                    U.S.D.J.

Magistrate Judge ___Eaton___ was assigned this case on 6/24
19___

_____
For: Clerk U.S.D.C. S.D.N.Y.