UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    ECF CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
VONAGE HOLDINGS CORPORATION,                        :
                                                    :
    Plaintiff,                                     :
                                                    :   04 Civ. 4306 (JGK) (DFE)
  - against -                                      :
                                                    :   **NOTICE OF APPEARANCE AND**
                                                    :   **REQUEST FOR**
THE NEW YORK STATE PUBLIC SERVICE                   :   **ELECTRONIC NOTIFICATION**
COMMISSION and WILLIAM M. FLYNN,                    :
THOMAS J. DUNLEAVY, LEONARD A. WEISS,                :
and NEAL N. GALVIN, in their official capacities    :
as the Commissioners of the Public Service          :
Commission of the State of New York,                :
and not as individuals,                             :
                                                    :
    Defendants.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                      Respectfully submitted,

                      DAVID N. KELLEY
                      United States Attorney for the
                        Southern District of New York


              by: _____
                  SARAH E. LIGHT (SL-9869)
                  Assistant United States Attorney
                  (212) 637-2774

TO: By Electronic Filing

 Ky E. Kirby, Esq.
William B. Wilhelm, Esq.
Michael C. Sloan, Esq.
Yun G. Lee, Esq.
Swidler Berlin Shefeff Friedman, LLP
Attorneys for Vonage Holdings Corp.
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: 212-891-9407
Email:  yglee@swidlaw.com

Jonathan D. Feinberg
State of New York, Department of Public Service
Three Empire State Plaza
Albany, NY 12223
Telephone: 518-474-5597
Email: jonathan_feinberg@dps.state.ny.us