**Certificate of Service**                                    **Filed Electronically**

The undersigned attorney, duly admitted to practice before this, hereby certifies that on June 29, 2004, I served or caused to be served the following document(s) in the manner indicated:

   Brief of Amici Curiae the United States of America and the Federal Communications Commission; and
   Brief of the Amici Curiae the United States of America and the Federal Communications Commission filed in the Eighth Circuit in <u>Vonage v. Minnesota PUC</u>, No. 04-1434


Service via Clerk's Notice of Electronic Filing upon the following attorneys, who are Filing Users in this case:
   Yun G. Lee
   Jonathan Feinberg

Service via e-mail upon the following attorneys who are not Filing Users in this case and who have previously given their written consent to service via e-mail:

   Yun G. Lee, Attorney for Plaintiff, at yglee@swidlaw.com
   Jonathan Feinberg, Attorney for Defendants, at jonathan_feinberg@dps.state.ny.us


Dated:  New York, New York
        June 29, 2004

                                          _/s/ Sarah  E. Light_____
                                          Sarah E. Light
                                          Assistant United States Attorney