IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VONAGE HOLDINGSS CORPORATION,

                Plaintiff,

- against -

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION, and WILLIAM M. FLYNN,
THOMAS J. DUNLEAVY, LEONARD A. WEISS,
and NEAL N. GALVIN, in their official
capacities as the Commissioners of the
Public Service Commission of the State
of New York, and not as individuals,

                Defendants.

04 Civ. No. 4306
(JGK)(DFE)(ECF CASE)

---

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

---

Pursuant to Federal Rule of Civil Procedure 7.1 of the Public Service Commission of the State of New York (NYPSC) respectfully states that as a governmental entity it need not file a corporate disclosure statement.

                Respectfully submitted,

                PUBLIC SERVICE COMMISSION
                  OF THE STATE OF NEW YORK
                Dawn Jablonski Ryman
                General Counsel
                Public Service Commission
                  of the State of New York
                Three Empire State Plaza
                Albany, New York 12223-1350

                */s/ Jonathan D. Feinberg*
                Jonathan D. Feinberg
                Senior Litigation Counsel
                (JF 2416)
                (518) 474-5597

Dated:    June 29, 2004
           Albany, New York