IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VONAGE HOLDINGSS CORPORATION,

              Plaintiff,

   - against -

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION, and WILLIAM M. FLYNN,
THOMAS J. DUNLEAVY, LEONARD A. WEISS,
and NEAL N. GALVIN, in their official
capacities as the Commissioners of the
Public Service Commission of the State
of New York, and not as individuals,

              Defendants.

04 Civ. No. 4306
(Koeltl)

CERTIFICATE OF SERVICE

---

Pursuant to Rules 25(b) and (d) of the Federal Rules of Appellate Procedure, I hereby certify that I have this day served a copy of the Brief of Intervenor-Appellee Public Service Commission of the State of New York in the above-captioned proceeding on each party to this proceeding, via United States Postal Service, in envelopes addressed as indicated on the attached pages, and I properly caused same to be deposited in a receptacle of the United States Postal Service in the City of Albany, State of New York.

                                    *Tammy Mentis*
                                    Tammy Mentis
                                    New York State Department
                                      of Public Service
                                    Three Empire State Plaza
                                    Albany, New York 12223-1350

Dated: June 25, 2004
      Albany, New York

- 2 -

**SERVICE LIST NOT INCLUDED IN ELECTRONIC FILING**

William B. Wilhelm
Swidler, Berlin, Shereff, Friedmann, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY  10174

Ky E. Kirby
Swidler, Berlin, Shereff, Friedmann, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY  10174

Michael Sloan
Swidler, Berlin, Shereff, Friedmann, LLP
3000 K. Street, NW Suite 300
Washington, DC  20007