<u>Certificate of Service</u>                                  <u>Filed Electronically</u>

1) The undersigned attorney duly admitted to practice before this court hereby certifies that on June 25, 2004, I served or caused to be served the following document(s) in the manner indicated:

    Brief of Defendants Public Service Commission of the State of New York, et al., In Opposition To Motion For Preliminary And Permanent Injunction; and
        Declaration of Carl A. Johnson.

Service via Clerk's Notice of Electronic Filing upon the following attorneys, who are Filing Users in this case:

    Yun G. Lee

Service via next day mail upon the following attorneys who are not Filing Users in this case:

    Ky E. Kirby
    William B. Wilhelm
    Michael C. Sloan

2) I further certify that on June 30, 2004, I caused to be served the following documents in the manner indicated:

    Verified Answer
    Statement Pursuant to Federal Rule of Civil Procedure 7.1

Service via Clerk's Notice of Electronic Filing upon the following attorneys, who are Filing Users in this case:

    Yun G. Lee
    Sarah E. Light

Service via First Class Mail upon the following attorneys who are not Filing Users in this case:

    Ky E. Kirby
    William B. Wilhelm
    Michael C. Sloan

3) This certificate of service is intended to correct and replace prior certificates from the Defendants in this case.

Dated: Albany, New York
       July 2, 2004

                                                    /s/ Jonathan D. Feinberg
                                                    Jonathan D. Feinberg
                                                    Senior Litigation Attorney