UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VONAGE HOLDINGS CORPORATION,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　04 Civ. No. 4306
　　　　　　　　　　　　　　　　　　Plaintiff,　　:　(DFE) (ECF CASE)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　-against-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE NEW YORK STATE PUBLIC SERVICE　　　:　**JOINT STIPULATION**
COMMISSION, and WILLIAM M. FLYNN,　　　　:
LEONARD A. WEISS, THOMAS J. DUNLEAVY, :
and NEAL N. GALVIN in their official capacities :
as the Commissioners of the New York State　　:
Public Service Commission and not as individuals, :
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　Defendants.　:
------------------------------------------------------------X



**STIPULATED CONSENT TO FILING OF FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), defendants New York Public Service Commission and William M. Flynn, Leonard A. Weiss, Thomas J. Dunleavy and Neal N. Galvin in their official capacities as the Commissioners of the New York State Public Service Commission hereby consent to the filing by Vonage Holdings Corporation of its First Amended Complaint to correct the erroneous reference to "47 U.S.C. § 1331" in paragraph 8 of the initial Complaint to reflect the proper reference which is "28 U.S.C. § 1331." The First Amended Complaint reflecting this correction is filed by Vonage Holdings Corporation contemporaneously herewith.

/s/ Jonathan Feinberg (YL)
_____
Dawn Jablonski Ryman
  General Counsel
Jonathan D. Feinberg (JF 2416)
  Senior Litigation Counsel
Public Service Commission of
  the State of New York
Three Empire State Plaza
Albany, New York 12223-1350
(518) 474-5597

*Attorneys for The New York State Public Service Commission and William M. Flynn, Thomas J. Dunleavy, Leonard A. Weiss, and Neal N. Galvin in their official capacities as Commissioners*

Dated: July 6, 2004
       New York, New York

/s/
_____
Kyl E. Kirby *(pro hac vice)*
William B. Wilhelm
Michael C. Sloan *(pro hac vice)*
Yun G. Lee (YL 5067)
Swidler Berlin Shereff Friedman,
  LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 973-0111

*Attorneys for Plaintiff Vonage Holdings Corporation*

-2-

9154943v1