<u>Certificate of Service</u>                                    <u>Filed Electronically</u>

1) The undersigned attorney duly admitted to practice before this court hereby certifies that on July 16, 2004, I served or caused to be served the following document(s) in the manner indicated:

    Amended Verified Answer

Service via Clerk's Notice of Electronic Filing upon the following attorneys, who are Filing Users in this case:

    Yun G. Lee
    Sarah E. Light

Service via First Class mail upon the following attorneys who are not Filing Users in this case:

    Ky E. Kirby
    William B. Wilhelm
    Michael C. Sloan

Dated: Albany, New York
       July 16, 2004

                                         Jonathan D. Feinberg
                                         Senior Litigation Attorney