UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VONAGE HOLDINGS CORPORATION,  :
: 04 Civ. 4306 (DFE) (ECF CASE)
Plaintiff,  :
:
-against-  :
:
: **NOTICE OF MOTION FOR**
: **PERMANENT INJUNCTIVE**
THE NEW YORK STATE PUBLIC SERVICE  : **RELIEF**
COMMISSION, and WILLIAM M. FLYNN,  :
LEONARD A. WEISS, THOMAS J. DUNLEAVY, :
and NEAL N. GALVIN in their official capacities  :
as the Commissioners of the New York State  :
Public Service Commission and not as individuals,  :
:
Defendants.  :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Plaintiff Vonage Holdings Corporation, by and through undersigned counsel, respectfully moves the Court for Permanent Injunctive Relief. The grounds for this motion are set forth in the accompanying memorandum of law.

    SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

    By: _/s Christopher J. Carney_____
       Ky E. Kirby
       William B. Wilhelm
       Michael C. Sloan
       Christopher J. Carney (CC0388)

    3000 K Street, N.W.
    Suite 300
    Washington, D.C.
    (202) 424-7500
    *Attorneys for Vonage Holdings Corporation*

Dated: December 20, 2004
      Washington, D.C.