**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Plaintiff Vonage Holdings Corporation's Notice of Motion for Permanent Injunction and supporting memorandum, and the accompanying Declaration of Christopher J. Carney were served on all counsel via electronically delivery in accordance with Local Civil Rule 5.2.


    /s Christopher J. Carney
    Christopher J. Carney (CC0388)