IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VONAGE HOLDINGSS CORPORATION,

               Plaintiff,

- against -

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION, and WILLIAM M. FLYNN,
THOMAS J. DUNLEAVY, LEONARD A. WEISS,
and NEAL N. GALVIN, in their official
capacities as the Commissioners of the
Public Service Commission of the State
of New York, and not as individuals,

               Defendants.

04 Civ. No. 4306
(DFE)(ECF CASE)

CERTIFICATE OF SERVICE

Pursuant to Rules 25(b) and (d) of the Federal Rules of Appellate Procedure, I hereby certify that I have this day served a copy of the Memorandum of Law Supporting Continuance of Preliminary Injunction and Opposing Permanent Injunctive Relief on behalf of Public Service Commission of the State of New York in the above-captioned proceeding on each party to this proceeding, via United States First Class Mail, in envelopes addressed as indicated on the attached pages, and I properly caused same to be deposited in a receptacle of the United States Postal Service in the City of Albany, State of New York.

                                                *Tammy Mentis* (signature)
                                                Tammy Mentis
                                                New York State Department
                                                  of Public Service
                                                Three Empire State Plaza
                                                Albany, New York 12223-1350

Dated: January 28, 2005
       Albany, New York

**SERVICE LIST NOT INCLUDED IN ELECTRONIC FILING**

William B. Wilhelm
Swidler, Berlin, Shereff, Friedmann, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY   10174

Ky E. Kirby
Swidler, Berlin, Shereff, Friedmann, LLP
405 Lexington Avenue
The Chrysler Building
New York, NY   10174

Michael Sloan
Swidler, Berlin, Shereff, Friedmann, LLP
3000 K. Street, NW Suite 300
Washington, DC   20007