**Certificate of Service**               **Filed Electronically**

The undersigned attorney, duly admitted to practice before this, hereby certifies that on February 11, 2005, I served or caused to be served the following document(s) in the manner indicated:

      Brief of Amici Curiae the United States of America and
      The Federal Communications Commission

Service via Clerk's Notice of Electronic Filing upon the following attorneys, who are Filing Users in this case:
      Yun G. Lee, Attorney for Plaintiff
      Jonathan Feinberg, Attorney for Defendants

Service via e-mail upon the following attorneys who are not Filing Users in this case and who have previously given their written consent to service via e-mail:

  Yun G. Lee, Attorney for Plaintiff, at yglee@swidlaw.com
  Jonathan Feinberg, Attorney for Defendants, at jonathan_feinberg@dps.state.ny.us


Dated:  New York, New York
         February 11, 2005

                                      /s/ Sarah E. Light_____
                                      Sarah E. Light
                                      Assistant United States Attorney