IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vonage Holdings Corporation,<br><br>    Plaintiff,<br><br> - against -<br><br>THE NEW YORK STATE PUBLIC SERVICE COMMISSION and WILLIAM M. FLYNN, THOMAS J. DUNLEAVY, LEONARD A. WEISS, and NEAL N. GALVIN, in their official capacities as the Commissioners of the Public Service Commission of the State of New York, and not as individuals,<br><br>    Defendants. | 04 Civ. No. 4306<br>(DFE) (ECF CASE) |

=========================================================

REPLY BRIEF
OF THE
PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK

=========================================================

            DAWN JABLONSKI RYMAN
            General Counsel
            Public Service Commission
             of the State of New York
            Three Empire State Plaza
            Albany, New York 12223-1350

Of Counsel
Jonathan D. Feinberg (JF 2416)
Solicitor
Michelle Phillips
John Graham
Assistant Counsel
(518) 474-5597

Dated:  February 25, 2005
      Albany, New York

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vonage Holdings Corporation,<br><br>                Plaintiff,<br><br>    - against -<br><br>THE NEW YORK STATE PUBLIC SERVICE COMMISSION and WILLIAM M. FLYNN, THOMAS J. DUNLEAVY, LEONARD A. WEISS, and NEAL N. GALVIN, in their official capacities as the Commissioners of the Public Service Commission of the State of New York, and not as individuals,<br><br>                Defendants. | 04 Civ. No. 4306<br>(DFE)(ECF CASE) |

---

REPLY BRIEF
OF THE
PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK

---

      The Public Service Commission of the State of New York (NYPSC) hereby responds to the *amicus curiae* brief of the United States of America and the Federal Communications Commission (FCC). The FCC misunderstands the NYPSC brief to the extent it contends (at 4) that the "NYPSC maintains that it retains the authority to regulate both Vonage's provision of E911 services, NYPSC Mem. 10-11, and issues relating to 'network reliability'. Id. at 12-13."

      The NYPSC may, in fact, take that position in its pending challenge to the FCC's order. For the moment, however, the NYPSC has observed no more than that issues of the state

role with respect to E911 and network reliability are among the important regulatory matters that remain to be addressed by the FCC. The FCC apparently does not dispute that these issues have not been resolved.[1]

                              Respectfully submitted,

                              Dawn Jablonski Ryman
                              General Counsel
                              Public Service Commission
                               of the State of New York
                              Three Empire State Plaza
                              Albany, New York 12223-1350

                              Jonathan D. Feinberg
                              Solicitor
                              (JF 2416)
                              Michelle Phillips
                              John Graham
                              Assistant Counsel
                              (518) 474-5597

Dated:     February 25, 2005
            Albany, New York

---

[1] At page 4, n. 1, the FCC also takes the NYPSC to task, claiming, inter alia, that it "has misquoted the text of" 47 U.S.C. § 253(b). This contention is somewhat misplaced because it is part of an attack on a position on state jurisdiction that, as discussed, the NYPSC has not, as yet, espoused. Moreover, the NYPSC in fact quoted the full text of Section 253(b) (NYPSC at 13 note 7). In any event, the FCC's footnote goes on to demonstrate that the question of how to ensure the reliability of the service provided to Vonage customers has yet to be addressed, insofar as the FCC argues that it has yet to decide whether Vonage offers a telecommunications service.