**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Response of Plaintiff Vonage Holdings Corporation In Support Of Its Motion For Permanent Injunctive Relief and the accompanying Supplemental Declaration of Christopher J. Carney were served on all counsel via electronic delivery in accordance with Local Civil Rule 5.2.

/s Christopher J. Carney
Christopher J. Carney (CC0388)