UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VONAGE HOLDINGS CORPORATION,

                Plaintiff,

    -against-

THE NEW YORK STATE PUBLIC SERVICE
COMMISSION, and WILLIAM M. FLYNN,
LEONARD A. WEISS, THOMAS J. DUNLEAVY,
and NEAL N. GALVIN in their official
capacities as the Commissioners of
the New York State Public Service
Commission and not as individuals,

                Defendants.
------------------------------------X

04 Civ. 4306 (DFE)

This is an ECF case

MEMORANDUM AND ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

DOUGLAS F. EATON, United States Magistrate Judge.

    On July 16, 2004, I entered a preliminary injunction in this case. On December 14, 2005, I denied Vonage's motion to convert my preliminary injunction into a permanent injunction, and I wrote: "I anticipate that my Preliminary Injunction Order will remain in effect until the FCC completes its comprehensive rulemaking proceeding."

    I hereby direct the Clerk's Office to place this case on the suspense calendar.

                                          _____
                                          DOUGLAS F. EATON
                                          United States Magistrate Judge

Dated:    New York, New York
            October 3, 2007

Copies of Memorandum and Order were sent on this date by electronic case filing to:

Ky E. Kirby, Esq.
William B. Wilhelm, Esq.
Michael C. Sloan, Esq.
Christopher J. Carney, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC  20007

Yun G. Lee, Esq.
Swidler Berlin Shereff Friedman, LLP
The Chrysler Building
405 Lexington Avenue, 11th Floor
New York, NY  10174

Jonathan D. Feinberg, Esq.
Office of General Counsel
New York State Department of Public Service
3 Empire State Plaza
Albany, NY  12223

Sarah E. Light, Esq.
Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007